NO. 07-04-0557-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

MARCH 21, 2005

_____


IN THE INTEREST OF M. C. S., A CHILD


_____

FROM THE 108th DISTRICT COURT OF POTTER COUNTY;

NO. 61,734-E; HON. ABE LOPEZ, PRESIDING

_____

*On Motion to Dismiss*

_____

Before QUINN, REAVIS and CAMPBELL, JJ.

Donald Dale Stemple, appellant, by and through his attorney, has filed a motion to dismiss this appeal because the parties have fully compromised and settled all issues in dispute and neither desire to pursue the appeal. Without passing on the merits of the case, we grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.1(a)(2) and dismiss the appeal. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.


Brian Quinn
Justice